Félix Ramos Jurado, recurrente, *v.* El Registrador de la Propiedad de San Germán, recurrido.

No. 764.—*Sometido:* Mayo 7, 1929. *Resuelto:* Julio 23, 1929.

*Horton & Saliva,* abogados del recurrente; el registrador recurrido compareció por escrito.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Cuando se consolidan dos predios de terreno y se encuentra un exceso de menos del veinte por ciento, si se describen claramente las colindancias de la finca, según se hizo en este caso, no importa que el que solicita la inscripción no demuestre cómo surgió el exceso—si en uno de los dos predios, o en ambos. Siempre, la piedra de toque es si se describe debidamente la finca por sus nuevas colindancias. En este caso, la verdadera área apareció suficientemente de una mensura practicada después de la consolidación.

*Debe revocarse la nota recurrida y ordenarse la inscripción.*

El Juez Presidente Señor del Toro está conforme con la resolución.